## Tennessee Coal, Iron & Railroad Co. v. Cotton.

APPEAL from Birmingham City Conrt.

Tried before the Hon. H. A. SHARPE.

WALKER PERCY and W. I. GRUBB, for appellant.

No counsel marked as appearing for appellee.

This action was brought by the appellee against the appellant. The cause of action, as stated, was for the value of services performed on Sundays, by the plaintiff, who was a State convict and had been leased to the de-

fendant during his term of service. There was judgment for the plaintiff, and the defendant appeals. The judgment is reversed on the authority of *Sloss Iron & Steel Co. v. Harvey, ante*, p. 656, and judgment rendered in favor of the defendant.

Opinion by HARALSON, J.